**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  DESIGNATION OF CHAIR AND  :  No. 288
:
VICE-CHAIR OF THE DISCIPLINARY  :  DISCIPLINARY BOARD APPOINTMENT
:
BOARD OF PENNSYLVANIA  :  DOCKET

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of February, 2016, Jane Gowen Penny, Esquire, is hereby designated as Chair and David E. Schwager, Esquire, as Vice-Chair of the Disciplinary Board of Pennsylvania commencing April 1, 2016.

Justice Eakin did not participate in the consideration or decision of this matter.